# Order

Michigan Supreme Court
Lansing, Michigan

November 4, 2015

Robert P. Young, Jr.,
Chief Justice

150831 & (16)(21)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 150831
                                          COA: 323352
                                          Wayne CC: 05-007039-FC

DUQUIL DION LOVE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 25, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for evidentiary hearing and appointment of counsel are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2015



Clerk

p1028